**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Tabitha Vanderpool, | ) | Case No. 3:25-cv-01273-ML |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Frank Bisignano, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| *Defendant.* | ) | Motion – Document Filed Electronically |

**CONSENTED-TO MOTION FOR REVERSAL AND REMAND**
**PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Defendant, Frank Bisignano, Commissioner of the Social Security Administration

("Commissioner"), has determined that remand of the above-captioned matter is appropriate.

Accordingly, the Commissioner respectfully moves this Court, pursuant to sentence four of 42

U.S.C. § 405(g), to enter a judgment reversing his decision with remand of the cause for further

administrative proceedings and issuance of a new decision. *See Melkonyan v. Sullivan*, 501 U.S.

89 (1991). Under sentence four of 42 U.S.C. § 405(g), this Court has the power to enter, upon

the pleadings and transcript of the record, "a judgment affirming, modifying, or reversing the

decision of the Commissioner of Social Security, with or without remanding the cause for a

rehearing." *Id*. at 98.

Upon remand by this Court, the Appeals Council will remand this matter to an

Administrative Law Judge ("ALJ"). Upon remand, the ALJ shall be instructed to offer Plaintiff

the opportunity for a new hearing, further consider Plaintiff's maximum residual functional

capacity to sustain work on a regular and continuing basis during the entire period at issue, and

provide rationale with specific references to evidence of record in support of the assessed

limitations. 20 C.F.R. §§ 404.1545, 416.945; Social Security Ruling 96-8p. In so doing, the

ALJ will evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c.

For these reasons, the Commissioner respectfully requests that this Court enter an Order and Final Judgment reversing the Commissioner's decision and remanding the case for further administrative proceedings.

Plaintiff's counsel has authorized the undersigned to represent that Plaintiff consents to this motion.

DATED: June 8, 2026

Respectfully submitted,

Frank Bisignano,

By His Attorneys

Todd Blanche
Deputy Attorney General

John A. Sarcone III,
Acting United States Attorney

/s/ Hugh Dun Rappaport
Hugh Dun Rappaport
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700992
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
(617) 565-2380
Email: Hugh.Dun.Rappaport@ssa.gov

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated: ___ June 9, 2026 _____
        Binghamton, NY